Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel:   949.636.1391

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Social Positioning Input Systems, LLC**, | Case No. 4:21-cv-07073-HSG |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| **Geozilla, Inc.**, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action, without prejudice, as Defendant has served neither an answer or a motion for summary judgment.

                                              Respectfully submitted,

Dated:  July 7, 2022                **SML Avvocati P.C.**

                                              By:   /s/ Stephen M. Lobbin
                                                         Attorneys for Plaintiff

**Proof of Serivce**

I hereby certify that on July 7, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen Lobbin